BROOKLYN-MANHATTAN TRANSIT CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for reargument denied.    Motion for leave to appeal to the Court of Appeals denied.    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of WINFIELD JONES for Admission to the Bar.    (From the State of North Carolina.) — Application granted.    Present — Kelly, P. J., Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of CHARLES KUPFER for Admission to the Bar.    (From the State of South Carolina.) — Application granted.    Present — Kelly, P. J., Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of DANIEL V. MAHONEY for Admission to the Bar.    (From the District of Columbia.) — Application granted.    Present — Kelly, P. J., Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of ELMER V. ROTH for Admission to the Bar.    (From the State of Maryland.) — Application granted.    Present — Kelly, P. J., Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of BENJAMIN B. SNYDER for Admission to the Bar.    (From the State of Maryland.) — Application granted.    Present — Kelly, P. J., Kapper, Lazansky and Hagarty, JJ.

WILLIAM L. STONE, Respondent, v. ANTONY LONGO and " JOSEPH " LONGO, etc., Appellants.— Motion to dismiss appeal granted.    Present — Kelly, P. J., Kapper, Lazansky and Hagarty, JJ.    Settle order on notice.

JAMES H. AMUNDSEN, Respondent, v. WILLIAM H. GEE, Appellant.    ISABELLA GEE, Defendant.— Judgment of the County Court of Westchester county in so far as appealed from, and order denying new trial, unanimously affirmed, with costs to respondent.    No opinion.    Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.